UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHUCK BURDINE**, <br><br> Plaintiff, <br><br> v. <br><br> **KENNY BURDINE**, et al., <br><br> Defendants. <br> **IAM NATIONAL PENSION FUND**, <br> Counterclaim and Crossclaim Plaintiff, <br><br> v. <br><br> **CHUCK BURDINE**, <br> Counterclaim Defendant, <br><br> & <br><br> **KENNY BURDINE** and **TONJA BURDINE**, <br> Crossclaim Defendants. | Case No. 1:23-cv-3772 (TNM) |

## ORDER

Plaintiff Chuck Burdine moved for default against Defendants Kenny Burdine, Joann Burdine, and Tonja Burdine (the "Individual Defendants"). Under the applicable law and for reasons stated by Plaintiff in ECF No. 43, the Court **GRANTS** Plaintiff's Motion for Default Judgment under Federal Rule of Civil Procedure 55(b).

The Court hereby **ENTERS DEFAULT JUDGMENT** against the Individual Defendants and **ORDERS** the following declaratory relief: (1) Chuck Burdine is the only valid beneficiary of Charles Burdine's benefits under the IAM National Pension Fund; (2) only Chuck Burdine is entitled to future disbursements of Charles Burdine's benefits under the IAM National

Pension Fund; (3) Kenny Burdine is not a valid beneficiary of Charles Burdine's benefits under the IAM National Pension Fund; and (4) Tonja Burdine is not a valid beneficiary of Charles Burdine's benefits under the IAM National Pension Fund.

Chuck Burdine and IAM National Pension Fund are **FURTHER ORDERED** to file a Joint Status Report by October 21, 2024, addressing the status of IAM's Crossclaim and Counterclaim. *See* ECF No. 25.

**SO ORDERED**.


Dated:  September 23, 2024                                          TREVOR N. McFADDEN, U.S.D.J.